NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON L. SCOTT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES TILTON, et al.,<br><br>　　　　　Defendants. | No. C 07-4287 JF (PR)<br><br>ORDER OF TRANSFER |

　　　Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at High Desert State Prison in Susanville, California. Because the acts complained of occurred in Lassen County and the Defendants are located in Sacramento and Lassen Counties, which lie within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the Eastern District of California.

　　　IT IS SO ORDERED.

DATED: 8/28/07

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

1   A copy of this ruling was mailed to the following:

2
    Byron L. Scott
3   K-14735
    High Desert State Prison
4   P.O. Box 3030
    Susanville, CA  96127
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.07\Scott287trans            2